# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ADOPTION OF N.A.N., MINOR CHILD

PETITION OF: E.N., NATURAL FATHER

: No. 69 WM 2020
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2020, the "Petition to Accept Request for Writ of Allocatur *Nunc Pro Tunc*" is GRANTED. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within 5 days.